IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CV-129-BO

| | |
|---|---|
| MARIANNE R. TALBOT for R.T., infant, ) | |
| ) | |
| and ) | |
| ) | |
| MARIANNE R. TALBOT, individually, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KOHL'S DEPARTMENT STORES, INC. ) | |
| ) | |
| and ) | |
| ) | |
| KOHL'S CORPORATION ) | |
| ) | |
| Defendants. ) | |

On November 23, 2010, the Court issued an order [DE-76] granting Plaintiff Marianne R. Talbot's Motion for Approval of the proposed settlement of the claim for bodily injury allegedly suffered by the then-minor Plaintiff R.T. The Court ordered that the settlement proceeds, after disbursement of attorney's fees, "shall be deposited by the Defendants with the Clerk of Court for the United States District Court who shall deposit said proceed in an interest bearing account for the benefit of the Minor Plaintiff until such time the Minor Plaintiff has reached the age of eighteen (18)." November 23, 2010 Order [DE-76] at p. 8.

The then-minor Plaintiff has now reached the age of 18, and the court has been informed that he has since been adjudicated by the State of North Carolina as incompetent. On June 14, 2017, the North Carolina General Court of Justice, Superior Court Division for Pender County, named Paul Talbot and Marianne Talbot as General Guardians for R.T.

Accordingly, the Clerk of Court is DIRECTED to disburse the funds currently held for the benefit of R.T. to Paul Talbot and Marianne Talbot, General Guardians for R.T., for further handling and accounting. The funds, which constitute principal in the amount of $11,738.25, accrued interest in the amount of $151.36, for a total of $11,889.61, exclusive of the Treasury registry fee, represents the full and complete amount owed to R.T.

SO ORDERED. This the 6 day of December, 2017.

Terrence W. Boyle
United States District Judge

CONSENTD TO:

_____   Date: 11-20-17
Paul Talbot

_____   Date: 11-20-17
Marianne Talbot

2